IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 23-CR-261(APM) |
| | ) | |
| | ) | |
| TERRY ALLEN | ) | |

**DEFENDANT'S ADDITIONAL MOTION IN LIMINE**

Mr. Terry Allen, through his attorneys, Nicole Ann Cubbage and Kira Anne West, respectfully files this additional motion *in limine* and states the following in support:

The following should not be mentioned or alluded to in the trial of this case for two reasons: 1. They are not relevant; and 2. the probative value is significantly outweighed by the prejudicial effect.

Mr. Allen gave a long interview to federal agents wherein he espoused on many, many personal opinions. This interview is the subject of the motion to suppress that was previously filed. If the Court has listened to any of the recorded interview, this is clear. Counsel for Mr. Allen will state with specificity at the pretrial conference what exactly should be excluded. Undersigned counsel intends

1

to meet with AUSA Hutton to iron out these evidentiary issues and is hopeful that the Court will not have to get involved.

Undersigned counsel is currently in trial which will last until June 8, 2024 and has been in trial or preparing for trial the entire month of May, 2024. She intends to file a response to the government's response to the motion to suppress.

Finally, the defendant reserves the right to supplement this motion and other motions in limine when additional discovery comes in from the Government.

Respectfully submitted,

KIRA ANNE WEST

By:     /s/    *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Allen

### CERTIFICATE OF SERVICE

I hereby certify on the 3rd day of June, 2024, a copy of same was delivered to the parties of record, by ECF pursuant to the rules of the Clerk of Court.

/S/    *Kira West*
Kira Anne West

2