UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 23-cr-261 (APM) |
| TERRY ALLEN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING AMENDED EXHIBIT LIST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits an amended exhibit list in connection with trial in the above-captioned matter, appended as Attachment 1. The United States has added Exhibits 311 and 904 and revised descriptions for Exhibits 313, 314, 401, 404, 802, 807, and 902.

[Signature on following page]

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Hutton Marshall*
        J. HUTTON MARSHALL
        Assistant U.S. Attorney
        U.S. Attorney's Office for the
        District of Columbia
        DC Bar No. 1721890
        601 D Street N.W.
        Washington, D.C. 20579
        (202) 809-2166
        Joseph.hutton.marshall@usdoj.gov

        KATHRYN E. BOLAS
        Assistant U.S. Attorney
        NY Bar No. 5704234
        United States Attorney's Office
        601 D Street, NW
        Washington, D.C. 20530
        (202) 252-0872
        Kathryn.Bolas@usdoj.gov