UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-CR-261-(APM) |
| | : | |
| TERRY ALLEN, | : | |
| | : | |
| *Defendant.* | : | |

**DEFENDANT ALLEN'S REPLY TO GOVERNMENT'S REPLY IN SUPPORT OF DETENTION PENDING SENTENCING**

Terry Allen, by and through undersigned counsel, respectfully submits this response to the government's supplemental brief regarding its motion for detention pending sentencing. In support of this response, counsel submits the following:

The government filed a Reply in Support of Detention Pending Sentencing, ECF No. 50, making inaccurate and misleading statements regarding Mr. Allen's legal possession of firearms and his First Amendment Rights. The Government's attempt to argue that Mr. Allen poses a danger to the community is disingenuous and rings hollow given his perfect record on pretrial release and his past 40 plus years of law-abiding behavior. Indeed, Mr. Allen has not had an incident involving law enforcement since before both prosecutors were born. The government's clear attempt to prejudice this Court against Mr. Allen prior to his sentencing with irrelevant and out of context facts is merely sour grapes. Now they seek to punish Mr. Allen for something that is totally irrelevant and poison the well prior to sentencing.

The Government is well aware of the fact that Mr. Allen no longer possesses any of the firearms they seized because the FBI took them. Furthermore, they also know that all the firearms they seized were legally possessed by Mr. Allen and his wife. The AR-15 highlighted in their

1

reply is in fact, his wife's, needed for protection on her rural homestead. Additionally, Mr. Allen lives in a rural area of Pennsylvania where firearm possession is a normal behavior and a hobby for many. He has been cooperative with pre-trial services, so much so, that the pre-trial services officer wanted to take off his ankle monitor. Additionally, he has worked diligently to keep in contact with his probation officer and notify him of every move he made when in DC for trial. These are not the actions of someone trying to create trouble or act dangerously in his community. Moreover, Mr. Allen continues to work and care for his property, his wife and his family daily. It is stunning that the government advocates here for removing a gainfully employed, law abiding citizen from his community. Mr. Allen volunteers extensively in that very community, including with the Boy Scouts of America where he has been grading their camp area, burying a electrical wire and making plans to install a road for their camp.

      The record is unclear about Mr. Allen's misdemeanor assault charge 40 years ago, and the government bears the burden here to support their claims of how long they think he served. Without the records, we cannot verify exactly what happened back in the 1980s. We do however, have a good faith reason to believe that Mr. Allen's incarceration was not typical and that he was released during the day for work and given two for one credits resulting in lesser time served. After 40 years of a law-abiding life until January 6th, this court should not consider argument that his prior incarceration in his youth warrants incarceration now.

      The government's assertion that Mr. Allen is a danger because of what he said in a joking manner is ridiculous. Not only is Mr. Allen's response taken out of context, it is totally irrelevant to whether Mr. Allen is a danger to the community. The government wants this Court to think badly of Mr. Allen for things that he has a First Amendment right to say and joke about. In this country we don't punish people for their speech, but rather, their actions. We know from the trial

in this case what Mr. Allen's actions were. He acted impulsively, to be sure, but did not continue on to the Capitol inaugural stage or interior, fight with officers in the tunnel or attempt to break in or steal anything, unlike so many others did that day. This is so even though he had every opportunity to do so. Mr. Allen was assaulted with OC spray, claimed by the government in other J6 cases to be a dangerous and deadly weapon, just prior to his reflexive movement to release the metal pole in his hand. This Court saw evidence of Mr. Allen suffering from those injuries inflicted by that spray and heard testimony of how that spray was meant incapacitate and blind the victims. The split-second decision to release the pole from his grasp in that moment was not planned or expected and this court stated as much in deciding to release Mr. Allen pending sentencing.

In conclusion, Mr. Allen should remain on release pending sentencing and this Court should ignore the irrelevant and prejudicial arguments of government counsel in the reply. The alternative of home detention is available if this Court wishes to keep Mr. Allen away from gainful employment and the boy scouts. Mr. Allen will abide by whatever terms this Court deems appropriate but respectfully asks to remain free until his sentencing date to continue to prepare his home and property for the winter and assist in his community.

                                                                  Respectfully submitted,

                                                                  ___/s/ Kira Anne West___
                                                                  Kira Anne West
                                                                  D.C. Bar No. 993523
                                                                  712 H. Street N.E., Unit 509
                                                                  Washington, D.C. 20002
                                                                  (202)-236-2042
                                                                  kiraannewest@gmail.com
                                                                  *Attorney for Mr. Allen*

4

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was filed electronically for all parties of record on this 26h day of July 2024.

                                                                               /s/ Kira Anne West  
                                                                          Kira Anne West