UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-261 (APM) |
| | : | |
| **TERRY ALLEN,** | : | |
| | : | |
| **Defendant.** | : | |

### UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

The Government respectfully submits this opposition to defendant Terry Allen's motion to continue a sentencing based on speculation and conjecture that, in the wake of the 2024 Presidential election results, he is likely to receive a pardon. On July 11, 2024, following a bench trial, the Court found the defendant guilty of five felony and two misdemeanor offenses: Civil disorder, in violation of 18 U.S.C. § 231(a)(3); Assaulting, resisting, or impeding certain officers using a dangerous weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b); Entering or remaining in a restricted building or grounds with a dangerous weapon, in violation of 18 U.S.C.§§ 1752(a)(1) and (b)(1)(A); Disorderly or disruptive conduct in a restricted building or grounds with a dangerous weapon, in violation of 18 U.S.C.§§ 1752(a)(2) and (b)(1)(A); Engaging in physical violence in a restricted building or grounds with a dangerous weapon, in violation of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A); Disorderly or disruptive conduct in a Capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and an act of physical violence in the Capitol grounds or building, in violation of 40 U.S.C. § 5104(e)(2)(F). On November 14, 2024, the defendant is scheduled to be sentenced.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to vindicate that interest. The government disagrees

that a continuance is warranted here, as the defendant's justification at this time is mere speculation. The Court should proceed as it would in any other prosecution. Courts in this jurisdiction have denied similar motions. *See, e.g.*, *United States v. Avery*, 24-cr-79 (CRC), Nov. 6, 2024 Minute Order (denying motion to continue sentencing hearing on grounds of potential pardon); *United States v. Fuller*, 1:23-cr-209 (CKK), Nov. 6, 2024 Minute Order (same); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Lichnowski*, 23-cr-341 (RBW), ECF No. 73 (denying motion to continue sentencing hearing based on claim of potential clemency because "the potential future exercise of the discretionary pardon power . . . is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial Branch.").

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Kathryn E. Bolas*
        KATHRYN E. BOLAS
        JOSEPH HUTTON MARSHALL
        Assistant U.S. Attorneys
        U.S. Attorney's Office for the
        District of Columbia
        NY Bar No. 5704234
        601 D Street N.W.
        Washington, D.C. 20579
        202-252-0872
        Kathryn.Bolas@usdoj.gov