UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-CR-261-APM-1 |
| | : | |
| TERRY ALLEN, | : | |
| *Defendant*. | : | |

## DEFENDANT'S MOTION FOR PROPERTY RETURN

Terry Allen, by and through undersigned counsel, respectfully submits this Motion for Property Return pursuant to Federal Rule of Criminal Procedure 41(g) requesting an order directing the government to return to the defendant's family members the items seized during the search of his home and property.

### BACKGROUND

1. On July 11, 2024, the Court found Mr. Allen guilty of seven offenses arising out of his participation in the events at the United States Capitol on January 6, 2021 protesting the aftermath of the 2020 election.

2. Mr. Allen was sentenced by this Court on November 14, 2023 to twenty-four (24) months as to Counts 1,3,4,5, and 6, and six (6) months as to Counts 7 and 8, with all counts to be served concurrently. Defendant was further sentenced to serve a concurrent term of supervised release of twenty-four (24) moths as to Counts 1, 3,4,5 and 6, no supervised release ordered as to Counts 7 and 8. Defendant was ordered to pay special assessments totaling $520 and restitution of $1000. (ECF Minute Order of 11/14/2024). The Judgment was entered on July 15, 2024. (ECF 67).

3. As part of the investigation of this case, on July 6, 2023, Mr. Allen's home was searched pursuant to a search warrant and items were seized as a result by federal agents with the Federal Bureau of Investigation.

4. The items seized by the government during the search of his home and property included firearms, ammunition, clothing, electronic devices and drives as well as certain documents. All items were lawfully possessed by Mr. Allen at the time of seizure.

5. At trial, none of the firearms or ammunition were used as evidence. There was never any allegation against Mr. Allen that he brought or possessed firearms or ammunition at the Capitol on January 6. 2021.

6. Mr. Allen, through counsel, asked for the return of said property from the government at the sentencing in this matter in November, and subsequently, counsel for Mr. Allen requested the same by email to government counsel. The government has informed undersigned counsel that an order from this Court is required by the Federal Bureau of Investigation for the release of firearms and ammunition to a third party. Given the government requirement for an order, this motion seeks such an order returning the property to Mr. Allen's wife, his daughter or other family member. The government does not take a position on the motion.

8. This case is pending an appeal. Mr. Allen currently is serving his sentenced imposed by this Court in November of 2024.

## DISCUSSION

Pursuant to Federal Rule of Criminal Procedure 41(g), a person aggrieved by an unlawful search and seizure of property may move for the property's return. When the property no longer serves an evidentiary purpose and the legal proceedings have terminated the Court may order the return of such property to its rightful owner. In this case, a search warrant was executed on Mr.

Allen's home and property on July 6, 2023. It is well settled that the government is permitted to seize evidence for use in an investigation and trial, but that such property must be returned once criminal proceedings have concluded, unless it is contraband or subject to forfeiture. *United States v. 608 Taylor Ave, Apartment 302*, 584 F. 2d 1297, 1302 (3rd Cir. 1978), *United States v. Wilson*, 540 F. 2d 110, 1103 (D.C. Cir 1976). In this case the government has not expressed a continued evidentiary need for any of the evidence it seized from him. This includes the firearms and ammunition seized from Mr. Allen during the search of his home. The government has asked that Mr. Allen seek a Court order for the return of his property to a third party in this case because the property contains firearms and ammunition.

In rural Pennsylvania, it is not uncommon for people who live in the wooded mountainous area where Mr. Allen is from to hunt for food and use their firearms as protection against animals such as bears. Mrs. Allen is now alone on the family property and return of the firearms would provide her safety and comfort in the home, whether they are used or not. Mr. Allen also had a large amount of ammunition taken by the FBI during the search. This ammunition represents a significant financial investment for the defendant and his family. The firearms and ammunition taken by the government are assets that may need to be liquidated to support Mrs. Allen financially while Mr. Allen is incarcerated and unable to work. Mr. Allen's lawful possession of these items should be restored by release of to his wife, his daughter or other family member.

It is for the foregoing reasons, Mr. Allen requests this Honorable Court issue an order for the return of his property immediately.

                                                    Respectfully submitted,

                                                    ___/s/ Kira Anne West___
                                                    Kira Anne West

                                    D.C. Bar No. 993523
                                    712 H. Street N.E., Unit 509
                                    Washington, D.C. 20002
                                    (202)-236-2042
                                    kiraannewest@gmail.com
                                    *Attorney for Mr. Allen*


                                  ___/s/ Nicole Cubbage___
                                  Nicole Cubbage
                                  D.C. Bar No. 999203
                                  712 H. Street N.E., Unit 570
                                  Washington, D.C. 20002
                                  703-209-4546
                                  Cubbagelaw@gmail.com
                                  *Attorney for Mr. Allen*


## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was filed electronically for all parties of record on this 18th day of December 2024.

                                  */s/ Nicole Cubbage*
                                  Nicole Cubbage