**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 1:23-cr-261-APM |
| : | |
| TERRY ALLEN,   : | |
| : | |
| **Defendant.**   : | |

## ORDER

For the reasons provided in the government's response (ECF No. 72) to Defendant Terry Allen's motion for property return (ECF No. 69), including the need for the government to retain relevant and potentially relevant evidence in light of the defendant's pending appeal of the Judgment against him, *See* ECF No. 65, the defendant's motion is hereby **GRANTED in part** and **DENIED in part**.

The government is hereby **ORDERED** to provide an authorized representative or immediate family member of the defendant with the following objects or categories of objects seized on July 6, 2023 in relation to the above-captioned case: (1) all firearms, ammunition, body armor, and firearm-related accessories and documents; and (2) all electronic devices except the defendant's iPhone 11 and satellite phone in the government's possession.[3]

Defendant's request that the government deliver the returned items to the property where they were seized is denied.

Signed this 3rd day of January, 2025               .

 

 

_____
AMIT P. MEHTA
U.S. DISTRICT COURT JUDGE

---

[3] The property to be released by the government shall include the following items detailed in Exhibit A of ECF No. 73: Item #s 1, 2, 6–16A1 from pages 1–2; Item #s 1B–7B, 10B–31B from pages 3–5; and all ammunition detailed in pages 6–9.